UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 24-9316-AH(Ex) | Date | November 5, 2025 |
| Title | WENTING LIAO v. UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL., | | JS-6 |

Present: The Honorable   ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

Proceedings:   **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

In light of the Notice of voluntary dismissal [17], the Court hereby closes this case.

All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties